[No. 58865-6-I.   Division One.   June 4, 2007.]

ERIC LEIGH JOHNSON, *Appellant*, v. UW MEDICINE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-39458-7, Suzanne M. Barnett, J., entered August 24, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick, C.J., and Grosse, J.

[No. 58916-4-I.   Division One.   June 4, 2007.]

*In the Matter of the Marriage of* MICHELLE SPRING, *Respondent*, and DAVID SPRING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-07049-7, Cheryl B. Carey, J., entered September 28, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.